S. P. PHARRIS, Respondent, v. WM. S. DOWNING, Appellant.

No. 2769; January 22, 1873.

Pleading.—The Statute of Limitations, in Order to be Availed of as a defense, must have been pleaded.

APPEAL from Twelfth Judicial District, San Mateo County.

A. Teague for respondent; H. A. Scofield for appellant.

By the COURT.—It appeared upon the argument had at the bar that the only point upon which reliance is placed to reverse the judgment is that the action is barred by the statute of limitations. It appears, however, upon looking into the record, that the statute is not pleaded.

Judgment affirmed.